## BEST v. DEPARTMENT OF HEALTH & HUMAN SERVS.

No. 277A02

Case below: 149 N.C. App. 882

Petition by respondent for writ of supersedeas dismissed as moot and temporary stay dissolved 21 November 2002.

## BEST v. WAYNE MEM'L HOSP., INC.

No. 69P02

Case below: 147 N.C. App. 628

Motion by plaintiffs to dismiss the appeal for lack of substantial constitutional question allowed 21 November 2002. Petition by defendant (Douglas M. Russell, M.D.) for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

## BUCHANAN v. WEBER

No. 462P02

Case below: 152 N.C. App. 180

Motion by defendant for temporary stay allowed 31 October 2002. Petition by defendant for writ of supersedeas denied 21 November 2002 and temporary stay dissolved 21 November 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

## BYRD v. ADAMS

No. 503P02

Case below: 152 N.C. App. 460

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.